# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Wayne M. Bambarger                            CHAPTER 13
          April M. Bambarger
                     Debtor(s)                            BKY. NO. 18-70585 JAD

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust ll and index same on the master mailing list.

                               Respectfully submitted,

                               /s/ **Brian C. Nicholas**
                               Brian Nicholas
                               30 Oct 2023, 12:45:27, EDT

                               Brian C. Nicholas, Esq. (317240) ☑
                               Denise Carlon, Esq. (317226) ☐
                               KML Law Group, P.C.
                               BNY Mellon Independence Center
                               701 Market Street, Suite 5000
                               Philadelphia, PA 19106
                               412-430-3594
                               bkgroup@kmllawgroup.com