| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Wayne M. Bambarger<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–3502<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | April M. Bambarger<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–6355<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   18–70585–JAD | | |

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Wayne M. Bambarger                                     April M. Bambarger

<u>11/28/23</u>                                                        **By the court:** <u>Jeffery A. Deller</u>
                                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70585-JAD |
| Wayne M. Bambarger | Chapter 13 |
| April M. Bambarger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 48 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne M. Bambarger, April M. Bambarger, 717 South Street, Curwensville, PA 16833-1032 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14899151 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 14899152 | + | Apex Asset Management LLC, 1891 Santa Barbara Drive, #204, Lancaster, PA 17601-4106 |
| 14899153 | + | Atlantic Broadband, P.O. Box 371801, Pittsburgh, PA 15250-7801 |
| 14899154 | + | Berr and Reid, LP, P.O. Box 2308, Binghamton, NY 13902-2308 |
| 14899160 | + | Clear Med Providers, P.O. Box 1260, Clearfield, PA 16830-5260 |
| 14899161 | + | Clearfield Hospital, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14899165 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14899166 | + | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14960127 | + | Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14899169 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14899173 | + | PJ Joseph, P.O. Box 68, Osceola Mills, PA 16666-0068 |
| 14899172 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14899174 | + | R & R Radiology LLC, P.O. Box 129, Clearfield, PA 16830-0129 |
| 14899175 | + | Susquehanna Family Dental, LLC, 490 Susquehanna Avenue, Curwensville, PA 16833-1448 |
| 14899181 | + | The HMC Group, Collection Agency, P.O. Box 16211, Cleveland, OH 44116-0211 |
| 14899182 | + | Timberland Fcu, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14899183 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14899184 | + | Tucker Arensberg, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14937200 | + | U.S. Bank Trust National Association, as, Trustee of Bungalow Series F Trust, BSI Financial Services Inc., 1425 Greenway Drive, Irving, TX 75038-2447 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Nov 29 2023 05:15:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 29 2023 00:37:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |

Case 18-70585-JAD    Doc 82    Filed 11/30/23    Entered 12/01/23 00:32:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14899156 | | EDI: BANKAMER | Nov 29 2023 05:15:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14899157 | + | Email/Text: bankruptcy@bsifinancial.com | Nov 29 2023 00:36:00 | BSI Financial Services, 314 S. Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 14899155 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Bill Me Later, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14899158 | + | EDI: CITICORP | Nov 29 2023 05:15:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14899162 | + | EDI: WFNNB.COM | Nov 29 2023 05:15:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14899163 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 29 2023 00:38:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14899164 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 29 2023 00:38:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14899159 | | EDI: JPMORGANCHASE | Nov 29 2023 05:15:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14933593 | | EDI: NAVIENTFKASMSERV.COM | Nov 29 2023 05:15:00 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14899167 | + | EDI: NAVIENTFKASMSERV.COM | Nov 29 2023 05:15:00 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14899168 | + | EDI: AGFINANCE.COM | Nov 29 2023 05:15:00 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14937358 | | EDI: PRA.COM | Nov 29 2023 05:15:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899485 | + | EDI: RECOVERYCORP.COM | Nov 29 2023 05:15:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14934598 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 29 2023 00:36:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14899170 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 29 2023 00:36:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14900570 | | EDI: Q3G.COM | Nov 29 2023 05:15:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14899176 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14899177 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14899178 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/Paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14899179 | | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/Walmar, Po Box 965024, El Paso, TX 79998 |
| 14899180 | + | EDI: SYNC | Nov 29 2023 05:15:00 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15448784 | ^ | MEBN | Nov 29 2023 00:23:23 | U.S. Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14907582 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 29 2023 00:38:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14899185 | + | EDI: VERIZONCOMB.COM | Nov 29 2023 05:15:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 14930431 | | EDI: AIS.COM | Nov 29 2023 05:15:00 | Verizon, by American InfoSource as agent, PO |

| District/off: 0315-7 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: 3180W | Total Noticed: 48 |

Box 248838, Oklahoma City, OK 73124-8838

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, not in its |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14899171 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust ll bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Wayne M. Bambarger thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor April M. Bambarger thedebterasers@aol.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust ldoyle@squirelaw.com  logsecf@logs.com |
| Michael C. Mazack | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series F Trust mmazack@tuckerlaw.com, jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7