IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
WAYNE M. BAMBARGER
APRIL M. BAMBARGER
      Debtor(s)

Ronda J. Winnecour
      Movant
      vs.
No Repondents.

Case No.:18-70585 JAD

Chapter 13

Related to ECF No. 70

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 28th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
11/28/23 11:40 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

JEFFERY A. DELLER   jah
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70585-JAD |
| Wayne M. Bambarger | Chapter 13 |
| April M. Bambarger | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 3 |
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne M. Bambarger, April M. Bambarger, 717 South Street, Curwensville, PA 16833-1032 |
| cr | + | BSI Financial Services as servicer for U.S. Bank T, Friedman Vartolo, LLP, 85 Broad Street, Suite 501, New York, NY 10004-1734 |
| 14899151 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 14899152 | + | Apex Asset Management LLC, 1891 Santa Barbara Drive, #204, Lancaster, PA 17601-4106 |
| 14899153 | + | Atlantic Broadband, P.O. Box 371801, Pittsburgh, PA 15250-7801 |
| 14899154 | + | Berr and Reid, LP, P.O. Box 2308, Binghamton, NY 13902-2308 |
| 14899160 | + | Clear Med Providers, P.O. Box 1260, Clearfield, PA 16830-5260 |
| 14899161 | + | Clearfield Hospital, P.O. Box 992, Clearfield, PA 16830-0992 |
| 14899165 | + | DuBois Regional Medical Center, P.O. Box 447, Du Bois, PA 15801-0447 |
| 14899166 | + | Hugill Sanitation, Inc., 779 Front Street, Mahaffey, PA 15757-8909 |
| 14960127 | + | Office of UC Benefits, Claimant Services, P.O. Box 67503, Harrisburg, PA 17106-7503 |
| 14899169 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14899173 | + | PJ Joseph, P.O. Box 68, Osceola Mills, PA 16666-0068 |
| 14899172 | + | Penn Highlands DuBois, 1605 N. Cedar Crst Blvd Ste 110B, Allentown, PA 18104-2351 |
| 14899174 | + | R & R Radiology LLC, P.O. Box 129, Clearfield, PA 16830-0129 |
| 14899175 | + | Susquehanna Family Dental, LLC, 490 Susquehanna Avenue, Curwensville, PA 16833-1448 |
| 14899181 | + | The HMC Group, Collection Agency, P.O. Box 16211, Cleveland, OH 44116-0211 |
| 14899182 | + | Timberland Fcu, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14899183 | + | Timberland Fed Cr Un, 821 Beaver Dr, Du Bois, PA 15801-2511 |
| 14899184 | + | Tucker Arensberg, 1500 One PPG Place, Pittsburgh, PA 15222-5413 |
| 14937200 | + | U.S. Bank Trust National Association, as, Trustee of Bungalow Series F Trust, BSI Financial Services Inc., 1425 Greenway Drive, Irving, TX 75038-2447 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14899156 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 29 2023 00:34:00 | Bk Of Amer, Po Box 982235, El Paso, TX 79998 |
| 14899157 | + | Email/Text: bankruptcy@bsifinancial.com | Nov 29 2023 00:36:00 | BSI Financial Services, 314 S. Franklin Street, 2nd Floor, Titusville, PA 16354-2168 |
| 14899155 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:59:18 | Bill Me Later, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 14899158 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2023 00:49:03 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14899162 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 29 2023 00:37:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 14899163 | + | Email/Text: bdsupport@creditmanagementcompany.com | Nov 29 2023 00:38:00 | Credit Management Company, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 14899164 | + | Email/Text: electronicbkydocs@nelnet.net | | |

Case 18-70585-JAD   Doc 83   Filed 11/30/23   Entered 12/01/23 00:32:06   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-7 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 28, 2023 | Form ID: pdf900 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 29 2023 00:38:00 | Dept Of Education/Neln, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14899159 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 29 2023 00:49:04 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14933593 | | Email/PDF: pa_dc_claims@navient.com | Nov 29 2023 01:13:52 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14899167 | + | Email/PDF: pa_dc_claims@navient.com | Nov 29 2023 01:13:44 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 14899168 | + | Email/PDF: cbp@omf.com | Nov 29 2023 00:48:49 | OneMain Financial, 280 Commons Drive, Du Bois, PA 15801-3808 |
| 14937358 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 29 2023 00:48:54 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14899485 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 29 2023 00:59:18 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14934598 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 29 2023 00:36:00 | Penelec, C/O FirstEnergy/Penelec, 101 Crawford's Corner Rd., Bldg. #1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14899170 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 29 2023 00:36:00 | Penelec, P.O. Box 3687, Akron, OH 44309-3687 |
| 14900570 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2023 00:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14899176 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 01:36:18 | Syncb/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 14899177 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:48:45 | Syncb/Paypal Extras Mc, Po Box 965005, Orlando, FL 32896-5005 |
| 14899178 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:59:27 | Syncb/Paypal Smart Con, Po Box 965005, Orlando, FL 32896-5005 |
| 14899179 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:07 | Syncb/Walmar, Po Box 965024, El Paso, TX 79998 |
| 14899180 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 29 2023 00:49:01 | Syncb/Walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 15448784 | ^ | MEBN | Nov 29 2023 00:23:25 | U.S. Bank Trust National Association, Bankruptcy Department, PO Box 814609, Dallas, TX 75381-4609 |
| 14907582 | + | Email/Text: electronicbkydocs@nelnet.net | Nov 29 2023 00:38:00 | US Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 14899185 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 29 2023 00:34:00 | Verizon, P.O. Box 15124, Albany, NY 12212-5124 |
| 14930431 | | Email/PDF: ebn_ais@aisinfo.com | Nov 29 2023 00:48:42 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | U.S. Bank Trust National Association, not in its |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14899171 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2023                    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust ll bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Wayne M. Bambarger thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Joint Debtor April M. Bambarger thedebterasers@aol.com |
| Lorraine Gazzara Doyle | on behalf of Creditor BSI Financial Services as servicer for U.S. Bank Trust National Association as Trustee of the Bungalow Series F Trust ldoyle@squirelaw.com  logsecf@logs.com |
| Michael C. Mazack | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of the Bungalow Series F Trust mmazack@tuckerlaw.com, jdearment@lynchlaw-group.com;ddileva@lynchlaw-group.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7